**Robert Dale PUCKETT, Plaintiff— Appellant,**

v.

**Rick L. BOLLAR; et al., Defendants— Appellees.**

No. 05–36220.

United States Court of Appeals, Ninth Circuit.

July 17, 2006.[*]

Filed July 21, 2006.

Robert Dale Puckett, Rupert, ID, pro se.

Roger Lee Gabel, Esq., AGID—Office of the Idaho Attorney General, Martin C. Hendrickson, Esq., Moore & Baskin, LLP, Boise, ID, for Defendants–Appellees.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM [**]

A review of the record and response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Francisco BANDA, Defendant— Appellant.**

No. 05–50921.

United States Court of Appeals, Ninth Circuit.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the

Submitted May 15, 2006.*

Filed July 21, 2006.

Kevin M. Kelly, Esq., Roger W. Haines, Jr., Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Carey D. Gorden, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Francisco Banda appeals the district court's order revoking his supervised release and imposing sentence. He contends that the supervised release regime violates *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), because the imposition of the maximum penalty depends upon a fact not found by the jury. This contention is foreclosed by *United States v. Huerta–Pimental*, 445 F.3d 1220 (9th Cir.2006) (holding that because supervised release is imposed as part of the sentence authorized by the fact of conviction and requires no judicial fact-finding, it does not violate the Sixth Amendment principles recognized by *Apprendi* and *Blakely*; that a district court's decision to revoke supervised release and impose associated penalties is for the same reasons

constitutional; and that because the revocation of supervised release and imposition of an additional term of imprisonment is discretionary, neither violates *Booker* ).

**AFFIRMED.**

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–74577.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2006.*

Filed July 21, 2006.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).